**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**COLUMBIA DIVISION**

| | | |
|---|---|---|
| SHAREN SMITH, on behalf of herself and all others similarly situated, | : : : | |
| | : | **Civil Action No.: 3:15-cv-02846-BHH** |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| | : | **NOTICE OF SETTLEMENT AS TO** |
| CATAMARAN HEALTH SOLUTIONS, LLC, | : | **DEFENDANT CATAMARAN** |
| f/k/a CATALYST HEALTH SOLUTIONS, | : | |
| INC., f/k/a HEALTHEXTRAS, INC., and | : | |
| STONEBRIDGE LIFE INSURANCE | : | |
| COMPANY, | : | |
| | : | |
| Defendants. | : | |
| | : | |

Now comes the Plaintiff and reports to this Court as follows:

On April 29, 2016, after eighteen (18) months of mediation with retired Judge John Martin (S.D.NY.), Plaintiffs and Defendant Catamaran Health Solutions, LLC, f/k/a Catalyst Health Solutions, f/k/a Healthextras, Inc. have reached a settlement in principal. Plaintiff has not reached a settlement with the remaining Defendant, Stonebridge Life Insurance Company. Plaintiff and Defendant Catamaran request thirty (30) days in which to enter a Stipulation of Dismissal with the Court in order to finalize the terms of the settlement agreement.

/s/William E. Hopkins, Jr.
William E. Hopkins, Jr. (Fed. I.D. #6075)
12019 Ocean Highway
Post Office Box 1885
Pawleys Island, South Carolina 29585
Telephone:     843-314-4202
Fax:               843-314-9365
bill@hopkinsfirm.com

1

*Counsel for Plaintiff*

Aaron C. Hemmings
(admitted *pro hac vice*)
HEMMINGS & STEVENS, PLLC
5540 McNeely Drive, Suite 202
Raleigh, NC 27106
(919) 277-0161
ahemmings@hemmingsandstevens.com
*Counsel for Plaintiff*

Joseph H. Aughtman
(admitted *pro hac vice*)
AUGHTMAN LAW FIRM, LLC
1772 Platt Place
Montgomery, AL 36117
(334) 215-9873
jay@aughtmanlaw.com
*Counsel for Plaintiff*

Pawleys Island, South Carolina

May 5, 2016