AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Sharen Smith, on behalf of herself and all others similarly situated<br>*Plaintiff*<br>v.<br>Catamaran Health Solutions, LLC, f/k/a Catalyst Health Solutions, Inc., f/k/a HealthExtras Inc., and Stonebridge Life Insurance Company<br>*Defendant* | Civil Action No.    3:15-cv-2846-BHH |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

■   other: Defendants Catamaran Health Solutions, LLC, f/k/a Catalyst Health Solutions, Inc., f/k/a HealthExtras, Inc., and Stonebridge Life Insurance Company's Motion to Dismiss is hereby granted.

This action was *(check one)*:

■ decided by the Honorable Bruce H. Hendricks.

Date:   September 1, 2016                                                 *CLERK OF COURT*


                                                                             s/Angela Lewis, Deputy Clerk
                                                                             *Signature of Clerk or Deputy Clerk*