FILED: November 16, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-2055
(3:15-cv-02846-BHH)

_____

SHAREN SMITH, on behalf of herself and all others similarly situated

       Plaintiff - Appellant

v.

STONEBRIDGE LIFE INSURANCE COMPANY

       Defendant - Appellee

and

CATAMARAN HEALTH SOLUTIONS, LLC, f/k/a Catalyst Health Solutions, Incorporated, f/k/a HealthExtras, Incorporated

       Defendant

_____

RULE 42(b) MANDATE

_____

       This court's order dismissing this appeal pursuant to Local Rule 42(b) takes effect today.

       This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*